IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-MJ-01152-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| MITCHELL MCNEIL, | ) ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' "Motion to Stay Release." DE 19. The government asks this court to stay an order of release issued in this case by the Honorable Robert B. Jones, Jr. on June 12, 2023. There is no indication that the government made such request to Magistrate Judge Jones in the first instance; accordingly, this court refers that portion of the motion to Judge Jones.

In addition, the United States moves for revocation of Judge Jones' order stating it "will file a brief memorandum in support of the motion for revocation in the next [forty]-eight hours." *Id.* The motion contains no reason for the delay in filing a memorandum and no information supporting a request to revoke except that "[t]he order of release has not been docketed at this time." *See id.* The court finds the United States' request incomplete and DENIES the motion for revocation WITHOUT PREJUDICE to the government's ability to re-file when it can provide information supporting its request.

SO ORDERED this 12th day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE