IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-MJ-01152-KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MITCHELL MCNEIL, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the United States' Motion for Revocation of Release Order and Stay of Release Order. DE 24. The United States seeks this court's de novo review of an order of release issued by the Honorable Robert B. Jones, Jr. on June 12, 2023. Judge Jones granted the government's request to stay his order pending resolution of the present motion.

Pursuant to 18 U.S.C. § 3145(a), the court will hear this motion on Friday, June 16, 2023 at 2:30 p.m. in Courtroom 160, 1003 South 17th Street, Wilmington, North Carolina.

SO ORDERED this 14th day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE